IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN MAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-14-30-M |
| ) | |
| TRACY MCCOLLUM, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On January 23, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that petitioner's motion for leave to proceed in forma pauperis be denied and that petitioner be ordered to prepay the full $5 filing fee for this action to proceed. On January 30, 2014, petitioner paid the $5 filing fee.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on January 23, 2014, and

(2) DENIES petitioner's motion for leave to proceed in forma pauperis [docket no. 2].

**IT IS SO ORDERED this 3rd day of February, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE