# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN MAY, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-14-30-M |
| TRACY MCCOLLUM, | ) |
| Respondent. | ) |

## ORDER

On November 26, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that the petition for writ of habeas corpus be dismissed without prejudice. Petitioner was advised of his right to object to the Report and Recommendation by December 17, 2014, and upon request, was granted an extension of time to file his objections until February 2, 2015. Upon review of the record, the Court finds no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued in this case on November 26, 2014, and

(2) DISMISSES the petition for a writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 11th day of February, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE